UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELDON WAYNE HILL, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:22-1971 |
| v. | : | (JUDGE MANNION) |
| WARDEN E. ROKOSKY, | : | |
| Respondent | : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

MALACHY E. MANNION
United States District Judge

Dated: July 11, 2023
22-1971-01-ORDER